UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY LANE,

    Plaintiff,

v.                                                             CASE NO. 8:15-cv-376-T-23AEP

RESOURCE SOLUTIONS GROUP,
INC.,

    Defendant.
_____/

**ORDER**

    A May 14, 2015 order (Doc. 13) designates Brandon J. Hill as lead counsel and directs Hill to file a notice of mediation. The time to file the notice expired on June 3, 2015, and no notice appears on the docket. No later than **JUNE 11, 2015**, Hill must file a notice of mediation. Failure to comply with this order will result in dismissal without further notice.

    ORDERED in Tampa, Florida, on June 4, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE